**Order entered November 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01408-CV

## IN RE TIMOTHY ANDREW MURPHREE, Relator

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-50694-2014**

## ORDER

Based on the Court's order of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    KERRY P. FITZGERALD
        JUSTICE